UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff, )<br> )<br>V. )<br> )<br>$675,372.65 in U.S. Currency, )<br>        Defendant. ) | Civil Action No. 24-389 |

VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

Plaintiff, United States of America, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions:

NATURE OF THE ACTION

1. This is a civil forfeiture action against money involved in violations of 18 U.S.C. §§ 1343, 1344 and 1349 and 18 U.S.C. §§ 1956 and 1957 that is subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C) & (A).

THE DEFENDANT *IN REM*

2. The Defendant Property is One Lot of $675,372.65 in U.S. Currency seized from a Bank of America Account # XXXXXXXX2092 held in the name of Spark Capital Fund, LP (hereinafter the Defendant Property).

3. The Defendant Property is presently in the custody the United States Treasury.

JURISDICTION AND VENUE

4. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the Defendant Property. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, over an action for forfeiture under 28 U.S.C. § 1355(a).

5. This Court has *in rem* jurisdiction over the Defendant Property under 28 U.S.C. § 1355(b). Upon the filing of this complaint, the plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which plaintiff will execute upon the Defendant Property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

6. Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district and pursuant to 28 U.S.C. § 1395 because the Defendant Property is located in this district.

## BASIS FOR FORFEITURE

7. The Defendant Property is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) because it constitutes proceeds of bank and wire fraud as well the conspiracy to commit those offenses, in violation of 18 U.S.C. §§ 1343, 1344 and 1349.

8. The Defendant Property is also subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C) & (A) because it constitutes proceeds of money laundering and/or operation of an unlawful money services business, or property traceable thereto, in violation of 18 U.S.C. §§ 1956 and 1957.

## FACTS

9. The forfeiture is based upon the following facts: The government incorporates the attached Declaration of Homeland Security Investigations' (HSI) Special Agent Brendan Cullen.

WHEREFORE the United States prays for relief in the form of forfeiture of the Defendant Property to the United States and any additional relief available under law, including costs and fees from any claimant to the extent that one of more claimants press a judicial claim for the Defendant Property.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ZACHARY A. CUNHA
United States Attorney

/s/ Milind M. Shah
MILIND M. SHAH
Assistant U. S. Attorney
United States Attorney's Office
One Financial Plaza, 17th Floor
Providence, RI 02903
(401) 709-5000
Email: milind.shah@usdoj.gov

# VERIFICATION

I, Special Agent Brendan Cullen, hereby verify and declare under penalty of perjury that I am a Special Agent with Homeland Security Investigations, that I have read the foregoing Verified Complaint *in rem* and know the contents thereof, and that the matters contained in the Verified Complaint are true to my own knowledge, except that those matters herein stated to be alleged on information and belief, and, as to those matters, I believe them to be true. The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Special Agent of Homeland Security Investigations.

Pursuant to 28 U.S.C. § 1746, I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

*Brendan J. Cullen*

BRENDAN J. CULLEN
Special Agent
Homeland Security Investigations

Dated: 9/30/2024