UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>V.<br><br>$675,372.65 in U.S. Currency,<br>    Defendant. | )<br>)<br>)<br>)   Civil Action No. 24-389<br>)<br>)<br>) |

<u>DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE</u>

Plaintiff, the United States of America, pursuant to Rule 55 of the Federal Rules of Civil Procedure, has moved for a Default Judgment and Final Order of Forfeiture forfeiting the above Defendant Property to the United States.

WHEREAS, on September 30, 2024, the Government filed a Verified Complaint for Forfeiture *In Rem* seeking forfeiture of the Defendant Property, pursuant to 18 U.S.C. § 981(a)(1)(C) because it constitutes proceeds of bank and wire fraud as well the conspiracy to commit those offenses, in violation of 18 U.S.C. §§ 1343, 1344 and 1349.

WHEREAS, the Defendant Property is also subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C) & (A) because it constitutes proceeds of money laundering and/or operation of an unlawful money services business, or property traceable thereto, in violation of 18 U.S.C. §§ 1956 and 1957;

AND WHEREAS, a Notice of Judicial Proceedings against the Defendant Property, with a copy of the Complaint, was sent to all known potential claimants via FedEx on or about September 30, 2024, pursuant to Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure (Supplemental Rule G);

AND WHEREAS, notice of this civil forfeiture action against the Defendant Property as required by Supplemental Rule G(4) was published for 30 consecutive days on the official Government internet site, commencing on October 1, 2024, and continuing through October 30,

2024, advising all third parties of their right to petition the court within 60 days of the first date of publication, for adjudication of the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, on December 9, 2024, the Clerk of Court entered a Clerk's Entry of Default against Defendant Property;

AND WHEREAS, upon information and belief no person or entity thought to have an interest in the Defendant Property is an infant, incompetent, or presently engaged in military service;

AND WHEREAS, the United States has now moved for Default Judgment and Final Order of Forfeiture, and this Court is of the opinion that the Motion of the United States for Default Judgment should be granted as to any and all persons who may claim to have an interest in the Defendant Property. Further the Court finds that the United States has established in its Complaint that there is probable cause to believe that the Defendant Property constitutes (a) proceeds of bank and wire fraud as well the conspiracy to commit those offenses, in violation of 18 U.S.C. §§ 1343, 1344 and 1349 and/or (b) proceeds of money laundering and/or operation of an unlawful money services business, or property traceable thereto, in violation of 18 U.S.C. §§ 1956 and 1957, and therefore, a Final order of Forfeiture should be entered;

AND WHEREAS, the Motion of the United States for Default Judgment and Final Order of Forfeiture is hereby GRANTED;

Therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that:

1. Default Judgment is Ordered as to any and all parties or entities, with respect to any interest they may have in the Defendant Property;

2.     that the Defendant Property is hereby forfeited to the United States, pursuant to 18 U.S.C. §§ 981(a)(1)(C) & (A), and all right, title, and interest in the Defendant Property is hereby vested in the United States;

3.     that the United States Treasury and/or its designated agency shall dispose of the Defendant Property according to law; and

4.     that the Clerk of this Court shall provide the United States Attorney's Office, three certified copies of Default Judgment and Final Order of Forfeiture.

DATED:                                                BY ORDER:

                                                                          WILLIAM E. SMITH
                                                                          District Court Judge